**Order entered October 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00719-CV

### CAMERON MCPHERSON, Appellant

### V.

### BRIAN DAVID RUDMAN, M.D., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05858-I**

## ORDER

The Court **GRANTS** court reporter Sheretta Martin's October 3, 2016 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Martin to file the reporter's record within **FOURTEEN DAYS** from the date of this order.

/s/    CRAIG STODDART
       JUSTICE